IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SALVADOR LIMA** and **JORGE MEJIA**, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>**JONMAROS FOOD CORP. (d/b/a MOHEGAN DINER)**, **JOHN ARGYROS**, and **MARIA ARGYROS**,<br><br>                    Defendants. | Docket No.: 7:17-cv-617 (NSR) (JCM) |

## DECLARATION OF PATRICK S. ALMONRODE

I, **PATRICK S. ALMONRODE**, declare as follows:

1.   I am over 18 years of age. I have personal knowledge of the matters stated herein. If called upon to testify before this Court, I would and could do so.

2.   I have worked as an Associate for the JTB Law Group, LLC from February 2015 through the present.

3.   The JTB Law Group, LLC, represents the Plaintiffs in this action. I have been the lead attorney for Plaintiffs from the inception of this action.

4.   Throughout this action, Plaintiffs' counsel has worked without compensation, on a contingency basis.

5.   The Parties to this action have concluded a settlement agreement (the "Agreement"), a true and correct copy of which is attached hereto as **Exhibit A**.

6.      Consistent with the Agreement, Plaintiffs Salvador Lima, Jorge Mejia, and Carlos Lopez, together with the JTB Law Group, have agreed that the JTB Law Group is entitled to $10,600 of the $50,000 settlement amount for attorneys' fees and reimbursement of litigation costs.

7.      Attached hereto as **Exhibit B** is a true and correct copy of the damages model developed by Plaintiffs' counsel, showing damages (actual, liquidated, and statutory) for all three Plaintiffs estimated at $377,194.51, excluding attorneys' fees and costs.

8.      Attached hereto as **Exhibit C** is a true and correct copy of the JTB Law Group's time and expense records for this matter. As set forth therein, the JTB Law Group has expended 58.5 hours litigating this case, after the exercise of billing judgment, and has advanced $484.54 in expenses.

9.      I have been the primary timekeeper for the JTB Law Group on this matter. I obtained my J.D. *cum laude* from the Fordham University School of Law in 2004, and am admitted to practice in New York State, the Eastern and Southern Districts of New York, and the District of Colorado. Before joining the JTB Law Group, I worked as an Associate in the firms of Kronish Lieb Weiner and Helman (now Cooley Godward Kronish) and Patterson Belknap Webb & Tyler, and as a Staff Attorney at the non-profit law firm Children's Rights. I also served for one year as a Law Clerk to the Hon. Barbara S. Jones, USDJ (S.D.N.Y.), who is now in private practice.

10.     As an Associate for the JTB Law Group, I currently serve or have served as counsel of record for at least the following FLSA cases:

   a. *Flores v. Texcale Inc., et al.*, 1:15 CV 01846 (S.D.N.Y.);
   b. *Velasquez v. SAFI-G Inc.*, 1:15-cv-03068 (S.D.N.Y.);
   c. *Lopez v. Millennium Car Wash et al.*, 2:14-cv-01709 (E.D.N.Y.);
   d. *Cardona v. Restaurante El Gran Conquistador*, 7:15-cv-03943 (S.D.N.Y.)
   e. *Drummond et al v. Hartford Financial Services Group, Inc. et al.*, 3:14-cv-01837 (D. Conn.);

  f. *North v. ATCO Structures & Logistics (USA) Inc.*, 4:15-cv-01417 (S.D. Tex.);

  g. *Guevara v. Washington Street Ale House, et al.*, 1:15-cv-00409 (D. Del.);

  h. *Padilla v. Sheldon Rabin, M.D., P.C., et al.*, 1:15-cv-01708 (S.D.N.Y.);

  i. *Castillo Ontiveros v. Khowaja, et al.*, 1:15-cv-05336 (N.D. Ill.);

  j. *Yunda v. SAFI-G Inc., et al.*, 1:15-cv-00861 (S.D.N.Y.);

  k. *Magdaleno Soriano v. Krish-R, Inc., et al.*, 2:15-cv-00873 (M.D. Ala.);

  l. *Taylor v. DPB Development, Inc., et al.*, 1:16-cv-00037 (W.D.N.C.);

  m. *Ramos v. Petco*, 4:16-cv-00767 (S.D. Tex);

  n. *Maturin, et al. v. Nature Works, et al.*, 6:16-cv-00715 (W.D. La.);

  o. *Rivera Castillo et al. v. Total Development et al.*, 1:16-cv-02151 (D. Colo.);

  p. *Waller et al. v. Capstone Logistics, LLC*, 4:16-cv-00064 (W.D.V.A.);

  q. *Gonzalez et al. v. Stallone & DeMeglio, LLC et al.*, 7:16-cv-09450 (S.D.N.Y.);

  r. *Inneo v. Blue Peach Café, et al.*, 3:17-cv-00608 (D. N.J.); and

  s. *Allen v. A.R.E.B.A-Casriel, Inc., et al.*, 1:17-cv-00764 (S.D.N.Y.).

  t. *Ward v. Senior Care Centers, LLC*, 5:17-cv-00422 (W.D. Tex.)

  u. *Diaz v Carnegie Valet, et al.*, 1:17-cv-06402 (S.D.N.Y.)

11. I billed 49.2 hours to this matter. My work included, but was not limited to:

  a. interviewing Plaintiffs and investigating their claims[1];

  b. writing the complaint;

  c. attending court conferences;

  d. propounding discovery requests, and responding to Defendants' discovery requests;

  e. developing Plaintiffs' damage model; and

  f. participating in the mediation that resolved this matter.

12. Attorney Jason T. Brown, the second timekeeper in this matter, is the principal of the JTB Law Group, LLC, and the firm's senior litigator. Mr. Brown graduated from Rutgers School of Law-Camden, and has been practicing law for twenty-one years, since 1996, often handling complex civil ligation and class actions with many wage and hour class and collective actions certified and successfully settled. Mr. Brown also served as a Legal Advisor and Special Agent

---

[1] I am fluent in Spanish.

for the FBI. He has successfully litigated wage and hour actions nationwide as lead counsel, with each case having its own level of complexity, including, to name a few, *Eshelman, et al. v. Client Services, Inc., et al.,* No. 0822-CC-00763 in the Twenty-Second Judicial District of the Missouri Circuit Court, *Miller, et al. v. Aon Risk Services Companies, Inc., et al.,* No. 1:08-cv-05802 in the United States District Court, Northern District of Illinois, *Lambert, et al. v. Sykes Enterprises, Incorporated,* No. 4:11-cv-00850-BSM in the United States District Court, Eastern District of Arkansas, and *Orakwue, et al. v. Selman Associates, Ltd, et al.,* No. 7:13-cv-00052-RAJ in the United States District Court, Western District of Texas. Mr. Brown billed 0.8 hours to this matter.

13.     Angiee Rosario, who also entered time in this matter, is an administrative assistant at JTB Law Group. She is a native speaker of Spanish and served as an interpreter during the mediation in this matter. Ms. Rosario billed 7.5 hours.

14.     Tony Teng, who also entered time in this matter, is a law clerk at JTB Law Group. Mr. Teng billed 1.0 hours to this matter.

15.     The Agreement in this matter was reached during a mediation on September 15, 2017, in which the Parties were assisted by Pamela R. Esterman, who had been appointed by the Court's Mediation Office for that purpose. Ms. Esterman is a principal at Sive, Paget & Riesel P.C. She is an experienced mediator, having mediated over 200 cases in federal and state court. She serves as a court appointed mediator for the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey, and the Supreme Court of New York, Commercial Division.

16.     The Agreement is not tainted by fraud or collusion.

18.     I declare under penalty of perjury that the foregoing statements are true and accurate.

Date: November 27, 2017

                                                                _____
                                                                Patrick S. Almonrode